# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| JOHN NASH,<br><br>               Plaintiff,<br><br>v.<br><br>MARY GUIMON, GRANT HUEBWER, PAJOT PATRICK, HEATHER DUZYWSKI, DOCTOR PETERSON, WILLIAM SCHMITZ, DALE ANDERS, and ROBERT LOGGIN,<br><br>               Defendants. | Case No. 17-CV-169-JPS<br><br><br><br>**ORDER** |

On February 7, 2017, the Clerk of the Court sent a letter to the plaintiff, stating that he must 1) provide a signed copy of his complaint and 2) provide his prisoner trust account statement. (Docket #3). He has done neither. A prisoner must initially provide the Court with a certified copy of his prison trust account statement for the last six months, which the Court uses to calculate the appropriate amount of the prisoner's required initial partial filing fee. *See* 28 U.S.C. § 1915(a)(2). *Pro se* parties must also sign all documents they file with the Court. Fed. R. Civ. P. 11(a). If the plaintiff does not complete both of these tasks by **March 15, 2017**, his case will be dismissed for lack of prosecution.

Accordingly,

**IT IS ORDERED** that the plaintiff shall submit a signed copy of his complaint and a certified copy of his prison trust account statement for the previous six months no later than **March 15, 2017**, or this action will be dismissed for lack of prosecution.

Dated at Milwaukee, Wisconsin, this 1st day of March, 2017.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge

Case 2:17-cv-00169-JPS   Filed 03/01/17   Page 2 of 2   Document 7