# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| JOHN NASH,<br><br>                              Plaintiff,<br>v.<br><br>MARY GUIMON, GRANT HUEBWER, PAJOT PATRICK, HEATHER DUZYWSKI, DOCTOR PETERSON, WILLIAM SCHMITZ, DALE ANDERS, and ROBERT LOGGIN,<br><br>                            Defendants. | Case No. 17-CV-169-JPS<br><br><br><br>**ORDER** |

      On March 1, 2017, the Court issued an order requiring the plaintiff to provide his prisoner trust account statement and a signed copy of his complaint no later than March 15, 2017. (Docket #7). That date has passed and the plaintiff has only provided the trust account statement. (Docket #8). The plaintiff has been on notice of the need for a signed complaint since he received the Clerk of the Court's February 7, 2017 letter informing him of that requirement. (Docket #3). His failure to provide a signed complaint requires striking the complaint, and in the absence of a valid complaint, this action must be dismissed for want of prosecution. Fed. R. Civ. P. 11(a).

      Accordingly,

      **IT IS ORDERED** that this action be and the same is hereby **DISMISSED without prejudice** for want of prosecution by the plaintiff.

      The Clerk of the Court is directed to enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 17th day of March, 2017.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge